**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHRISTOPHER ANTHONY TAYLOR, | : | Civil No. 3:22-cv-1041 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| GEORGE M. LITTLE, *et al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this _____ day of July, 2025, upon consideration of the petition for writ

of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's

Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28
   U.S.C. § 2253(c).


Robert D. Mariani
United States District Judge